| | | | |
|---|---|---|---|
| DEFT: | Emad Hassan (J)# | CASE NO: | 00-4081-BSS |
| AUSA: | Robin Rosenbaum | ATTNY: | Chris Grillo / John Ross Standing in |
| AGENT: | | VIOL: | Counterfeiting |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 PSB |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

I/A reset
for 4/18

prelim / 6-30

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: I/A reset  4/18/00  11:00am  BSS

DATE: 4-17-00   TIME: 11:00am   TAPE # 00-029   PG # 14

1518-1560

FILED by ____ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.