COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Emad Hassan (surr) | CASE NO: | 00-4081-BSS |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Chris Grillo *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 PSB |

BOND HEARING HELD (yes) no    COUNSEL APPOINTED:

BOND SET @ $50,000 PSB

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.C.
APR 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed. *surr of passport by atty*
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) _____ Halfway House:
_____ Electronic Monitoring

*reside at current address, no illegal drugs or excessive alcohol*

- Advised of charges
- Waives timely preliminary/arraignment

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-30-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |
| DATE: 4-18-00 | TIME: 11:00am | TAPE # 00-029 | PG # 3 |

2436-2917  3