UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-4081-BSS_

UNITED STATES OF AMERICA

v.

_Emad Hassan_



## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: _4-18-00_   X _____
                      DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within _20_ days from the defendant's initial appearance has stated he/~~she~~ refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the ~~defendant is bound over for proceedings in the U.S. District Court.~~ Matter is re-set for June 3, 2000 at 11 a.m.

DATED: _4-18-00_   _____
                    BARRY S. SELTZER
                    UNITED STATES MAGISTRATE JUDGE