UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.   #00-4081

    Plaintiff,                                   JUDGE:  SELTZER

v.

EMAD HASAN,

    Defendant.

_____/

FILED by _____ D.C.

**APR 1 8 2000**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE COURT:

    PLEASE ENTER the appearance of CHRISTOPHER A. GRILLO, as Counsel of Record

for the Accused,   EMAD HASAN,   for the purposes of pretrial matters through Trial in the

above styled case, and to forward any and all further correspondance or materials to the addresss

below mentioned.

DATED:  April 18, 2000

                          Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No.  302661