UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55276 004

UNITED STATES OF AMERICA )
                Plaintiff )  Case Number: CR_____
                          )  REPORT COMMENCING CRIMINAL
    -vs-                  )           ACTION
                          )
EMAD THABET HASAN         )
              Defendant

FILED by _____ D.C.
APR 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
**************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-18-00 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONSPIRACY COUNTERFEIT

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12-26-1981

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: _____