-cr-06369-WPD   Document 9   Entered on FLSD Docket 07/03/2000   P

## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | EMAD HASSAN (B) | CASE NO: | 00-4081-BSS |
| AUSA: | ROBIN ROSENBAUM | ATTY: | CHRIS GRILLO, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | PRELIM/ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by _____ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.       *requested more time*
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 7-18 | 11 | Snow | |
| STATUS CONFERENCE: | | | | |

DATE: 6/30/00   TIME: 11:00   FTL/LSS TAPE # 00 - 037   Begin: 1094   End: 1163

