UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.  00-4081

    Plaintiff,     MAGISTRATE :  SELTZER

v.

EMAD HASAN,

    Defendant.
_____/

### MOTION TO TRAVEL

COMES NOW the Defendant, EMAD HASAN, by and through his Undersigned Counsel, and respectfully requests this Honorable Court grant permission for the Defendant to travel to Cleveland, Ohio for a family reunion, and as grounds therefore would state the following:

1. The above styled matter is set for Arraignment on August 8, 2000. (A Motion to Reset Arraignment Date to August 10, 2000 is being filed simultaneously with this motion)

2. The Defendant is presently under the supervision of Pre-trial Release, officer Liza Llamos.

3. The Defendant seeks permission to travel to Cleveland, Ohio for a family reunion from August 4, 2000 through August 8, 2000. The Defendant will be traveling by air with his parents and will be staying at a Holiday Inn for the duration of his stay.

4. A proposed travel itinerary may be provided to this Court upon request.

5. Pre-trial Release Officer Lisa Llamos has no objection to this travel request.

6. Undersigned counsel has spoken with Assistant United States Attorney Robin Rosenbaum who has indicated she has no objection.



WHEREFORE, the Defendant, EMAD HASAN, would pray this Honorable Court grant his Motion to Travel and allow him to travel to Cleveland, Ohio for a family reunion.

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided to Robin Rosenbaum, c/o the Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida, and to Liza Llamos c/o Pretrial Services, 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, Florida, this 26 day of July, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No. 302661