UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-4081

    Plaintiff,    MAGISTRATE : SELTZER

v.

EMAD HASAN,

    Defendant.
_____/

## MOTION TO RESET ARRAIGNMENT

    COMES NOW the Accused, EMAD HASAN, by and through his undersigned counsel, hereby requests this Honorable Court grant a rescheduling of the Arraignment Date in this matter which is currently set for August 7, 2000, and as grounds for this motion would submit the following:

    1. The Arraignment in this matter is presently set for Monday, August 7, 2000 at 11:00 a.m.

    2. The Defendant is filing simultaneously with this Motion, a Motion for Defendant's Permission to Travel, requesting permission to travel to Ohio for a family reunion from August 4, 2000 through August 8, 2000. This motion was drafted prior to this matter being reset for Arraignment on August 7, 2000, however Undersigned counsel was awaiting feedback from AUSA Rosenberg and Pretrial Services prior to submitting his motion.

    3. Undersigned counsel would respectfully request this Honorable Court reset the Arraignment date for August 10, 2000 to allow the Defendant to attend his family reunion.

1

(Undersigned counsel has commitments in Miami, Florida and Viera, Florida on August 8, 2000 and August 9, 2000 respectively)

4. Undersigned counsel has spoken with AUSA Robin Rosenberg who has no objection to the Defendant's travel or the rescheduling of the Arraignment date.

5. This motion is made in good faith and not for purposes of delay or for any other reason not known to this Honorable Court.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted and the Arraignment Date in this matter be rescheduled for August 10, 2000 or any other day thereafter that this Court deems just and proper.

I HEREBY CERTIFY that a copy of the foregoing Motion to Reset Arraignment Date has been provided by U.S. mail to AUSA Robin Rosenberg, c/o the United States Attorney's Office, 299 E. Broward Boulevard, Fort Lauderdale, Florida, 33301, this _26_ day of July, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125

_____
CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661

2