UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-4081

   Plaintiff,   MAGISTRATE : SELTZER

v.

EMAD HASAN,

   Defendant.
_____/

**ORDER TO TRAVEL**

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Permit Travel, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant be permitted to travel to Cleveland, Ohio from August 4, 2000 through August 8, 2000.

DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this 28th day of July, 2000.

                                                  U.S. MAGISTRATE

Copies furnished to:

Christopher A. Grillo
Robin Rosenbaum, AUSA
Pretrial Services Office

