UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.  00-4081

    Plaintiff,                              MAGISTRATE :  SELTZER

v.

EMAD HASAN,

    Defendant.
_____/

### ORDER TO RESET ARRAIGNMENT DATE

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Reset Arraignment Date, and the Court being otherwise fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that said motion is  GRANTED

IT IS FURTHER ORDERED: ARRAIGNMENT RE-SET TO AUG. 10, 2000

DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this 28th day of July, 2000.

                                                          U.S. MAGISTRATE

Copies furnished to:

Robin Rosenberg, AUSA
Christopher A. Grillo, Esq.