DEFT: Emad Hassan (B) CASE NO: 00-4081-BSS

AUSA: Robin Rosenbaum *present* ATTNY: Chris Grillo *not present*,

AGENT: _____ VIOL: _____

PROCEEDING: Prelim/Arraignment BOND REC: _____

BOND HEARING HELD - yes/no COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ____ D.C.
SEP 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /for ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
____ Electronic Monitoring _____

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 9-5-00   11:00am   BSS ✓
STATUS CONFERENCE: _____

DATE: 9-1-00   TIME: 11:00am   TAPE # 00-070 PG # 17
300-325