-cr-06369-WPD   Document 15   COURT MINUTES   Entered on FLSD Docket 09/05/2000
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Emad Hasan (B)   CASE NO: 00-4081-BSS
AUSA: Robin Rosenbaum *present*   ATTNY: Chris Grillo *present*
AGENT: ___   VIOL: ___
PROCEEDING: Prelim/Arraignment   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by ___ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

△ - needs more time
Granted
△ - signs waiver of
timely prelim/
arraign

NEXT COURT APPEARANCE:   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN OR REMOVAL: 9-15-00   11:00am   Snow
STATUS CONFERENCE: ___
DATE: 9-5-00   TIME: 11:00am   TAPE # 000 70 PG # 4
1380 - 1499