UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4081-BSS

UNITED STATES OF AMERICA

v.

Emad Hassan

RECEIVED & FILED IN OPEN COURT
ON 9-5-00
AT, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: 9-5-00                    _____
                                  DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within __20__ days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the ~~defendant is bound over for proceedings in the U.S. District Court.~~ matter is re-set to Sep. 15, 2000.

DATED: 9-5-00                    _____
                                  BARRY S. SELTZER
                                  UNITED STATES MAGISTRATE JUDGE