DEFT: Emad Hasan (B)    CASE NO: 00-4081-BSS

AUSA: Robin Rosenbaum / Thompson    ATTNY: Chris Grillo  present

AGENT: ___    VIOL: ___

PROCEEDING: Prelim/Arraignment    BOND REC: ___

BOND HEARING HELD — yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ ___     SEP 2 9 2[?]

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

Trying to work out Pretrial diversion
A-requests more time

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 10-13-00  11:00am  Snow
STATUS CONFERENCE: ___

DATE: 9-29-00    TIME: 11:00am    TAPE # 00-075 PG # 2
90-145