UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.  00-4081

Plaintiff,    MAGISTRATE :  SELTZER

v.

EMAD HASAN,

Defendant.
_____/

FILED
NOV 17 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION TO TRAVEL

COMES NOW the Defendant, EMAD HASAN, by and through his Undersigned Counsel, and respectfully requests this Honorable Court grant permission for the Defendant to travel to Orlando, Florida for the Thanksgiving holiday, and as grounds therefore would state the following:

1. The above styled matter is not scheduled for an Arraignment date at this time.

2. The Defendant is presently under the supervision of Pre-trial Release, officer Liza Llamos.

3. The Defendant seeks permission to travel to Orlando, Florida for the Thanksgiving holiday from Wednesday, November 22, 2000 through Sunday, November 26, 2000.  The Defendant will be traveling alone by car and will be staying with family throughout his visit.

4. A proposed travel itinerary may be provided to this Court upon request.

5. Undersigned counsel has attempted to contact Pre-trial Release Officer Lisa Llamos regarding her position on this matter but at the filing of this motion was unable to speak with her.

6. Undersigned counsel has spoken with Assistant United States Attorney Robin



Rosenbaum who has indicated she has no objection.

WHEREFORE, the Defendant, EMAD HASAN, would pray this Honorable Court grant his Motion to Travel and allow him to travel to Orlando, Florida for the Thanksgiving holiday.

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided to Robin Rosenbaum, c/o the Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida, and to Liza Llamos c/o Pretrial Services, 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, Florida, this 18th day of November, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No. 302661