UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-4081

    Plaintiff,   MAGISTRATE : SELTZER

v.

EMAD HASAN,

    Defendant.
_____/

## ORDER TO TRAVEL

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Permit Travel, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant be permitted to travel to Orlando, Florida from November 22, 2000 through November 26, 2000.

    DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this ____ day of November, 2000.

U.S. MAGISTRATE

Copies furnished to:

Christopher A. Grillo
Robin Rosenbaum, AUSA
Pretrial Services Office

