UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00 - 6369** CR - DIMITROULEAS

18 U.S.C. §491(a)

**MAGISTRATE JUDGE
SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EMAD HASAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INFORMATION

The United States Attorney charges that:

From in or about March, 2000, through in or about April, 2000, at Broward County, in the Southern District of Florida, the defendant,

### EMAD HASAN,

knowingly and willfully uttered and used paper similar in size and shape to currency of the United States, that is, counterfeit five, ten, and twenty-dollar United States Federal Reserve notes, with intent to defraud, to procure things of value, to wit, goods and services from The Oar House Bar and



Grill and Goldcoast Beverage Distributor, in violation of Title 18, United States Code, Section 491(a).

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

EMAD HASAN _____        **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)        Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days      _X_       Petty       ___
   II   6 to 10 days     ___       Minor       ___
   III  11 to 20 days    ___       Misdem.     _X_
   IV   21 to 60 days    ___       Felony      ___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

Robin S. Rosenbaum
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                   REV 6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __Emad Hasan__   Case No.: _____

Count #I:

Counterfeiting – 18 U.S.C. 491(a)

**Max. Penalty:** 1 year's imprisonment; $100,000 fine

Count #

**Max. Penalty:**

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.