UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6369-CR-Dimitrouleas

Plaintiff,

MAGISTRATE: SELTZER

v.

EMAD HASAN,

Defendant.

_____/

## MOTION TO TRAVEL

COMES NOW the Defendant, EMAD HASAN, by and through his Undersigned Counsel, and respectfully requests this Honorable Court grant permission for the Defendant to travel to Tampa, Florida, and as grounds therefore would state the following:

1. The above styled matter is not scheduled for an Arraignment date at this time.

2. The Defendant is presently under the supervision of Pre-trial Release, officer Liza Llamos.

3. The Defendant seeks permission to travel to Tampa, Florida from Friday, January 26, 2001 through Monday, January 29, 2001 to spend time with his cousin, Gerry Uri. The Defendant will be traveling by car and will be staying with his cousin, Gerry Uri at his dorm in Tampa, Florida throughout his visit.

4. A proposed travel itinerary may be provided to Pretrial Services upon request.

5. Undersigned counsel has contacted Pre-trial Release Officer Lisa Llamos who has no objection to the Defendant's request for permission to travel.



6. Undersigned counsel has spoken with Assistant United States Attorney Robin Rosenbaum who has indicated she has no objection to this motion.

WHEREFORE, the Defendant, EMAD HASAN, would pray this Honorable Court grant his Motion to Travel and allow him to travel to Tampa, Florida for a family visit.

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided to Robin Rosenbaum, c/o the Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida, and to Liza Llamos c/o Pretrial Services, 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, Florida, this 24 day of January, 2001.

Respectfully submitted,

Randy R. Freedman for

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No. 302661