UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMAD HASAN,

    Defendant.
_____/

CASE NO. 00-408T  00-6369-CR-Dimitrouleas

MAGISTRATE: SELTZER

## ORDER TO TRAVEL

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Permit Travel, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant be permitted to travel to Tampa, Florida from Friday, January 26, 2001 through January 29, 2001.

DONE AND ORDERED in Broward County, Fort Lauderdale, Florida, this 24th day of Jan., 2001.

U.S. MAGISTRATE

Copies furnished to:

Christopher A. Grillo
Robin Rosenbaum, AUSA
Pretrial Services Office

