UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    V.                    CASE NO. 00-6369-CR-DIMITROULEAS

EMAD HASAN

TYPE OF CASE:             CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.          COURTROOM 203E
FT. LAUDERDALE, FL 33301      DATE & TIME:
                                               **February 1, 2001 AT 1:00 P.M.**

TYPE OF          CHANGE OF PLEA
HEARING:

                                        CLARENCE MADDOX,
                                        CLERK OF COURT

DATE: January 26, 2001               BY DEPUTY CLERK

cc:    Robin Rosenbaum, AUSA
       Christopher Grillo, Esq.

