**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT:   EMAD HASAN (B) | CASE NO:   00-6369-CR-Dimitrouleas |
| AUSA:   Robin Rosenbaum *by Jeffrey Kay* | ATTY:   Chris Grillo |
| AGENT: | VIOL: |
| PROCEEDING:   I/A Information | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by ___ D.C.

FEB - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❏   Do not violate any law.

❏   Appear in court as directed.

❏   Surrender and / or do not obtain passports / travel documents.

❏   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏   Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏   Maintain or seek full - time employment.

❏   No contact with victims / witnesses.

❏   No firearms.

❏   Curfew: _____

❏   Travel extended to: _____.

❏   Halfway House _____.

*Bond previously set*
*Continued.*

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

| DATE: | 2/6/01 | TIME: | 11:00 | FTL/LSS TAPE # 01 - 010 | Begin: 1023 | End. 1127 |