## CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6369-CR-WPD   DATE: February 7, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Emad Hasan

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Christopher Grillo

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft swore and questioned by the Court. Deft to enter Guilty plea to 1 count misdemeanor. Court accepts Guilty plea.

Parties agree to waive Pre-Sentence Investigation Report

CASE CONTINUED TO: 2/15/01 4/20/01   TIME: 11:30 1:00   FOR Sentencing

MISC: Written plea agreement filed.