UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6369Cr

Plaintiff,    JUDGE: DIMITROULEAS

v.

EMAD HASAN,

Defendant.
_____/

## MEMORANDUM IN AID OF SENTENCING

COMES NOW the Defendant, EMAD HASAN, by and through his Undersigned Counsel, and would submit this memoranda in aid of sentencing:

1. Emad Hasan was born in Fort Lauderdale, Florida on December 26, 1981. He presently resides with his mother (Amal Hasan) and his father (Thabet Hasan), along with his four (4) sisters at 661 S.W. 75th Terrace, Plantation, Florida.

2. Emad graduated from South Plantation High School in June, 2000. He continued his studies at New England Tech beginning in July, studying computer programming and related fields. Emad is a full time student, attending classes from 7:30 a.m. to 12:30 p.m., four (4) days a week. Attached to this memorandum are letters from New England Tech demonstrating that Emad has worked and studied hard at school, has made the Dean's List, and has been honored with a Tuition Scholarship Award for his efforts in the Fall 2000 Semester.

3. Emad also works in his father's convenience store; Prime Time Food Store located at 901 25th Street, West Palm Beach, Florida. He presently works there from 1:00 p.m. to 7:00 p.m., Monday through Saturday, with Sunday's off.

1



4. Mr. Hasan readily admitted his guilt to Secret Service agents when he was initially detained in this matter. He has since met with members of law enforcement on several occasions, and been debriefed about his knowledge regarding this case.

5. Mr. Hasan's involvement in this matter also included the participation of Davis Bethel and Omar Mustafa. Mr. Mustafa is a relative of Emad's. Mr. Mustafa pled guilty to a felony involving counterfeit funds and was sentenced by the Honorable William J. Zloch on January 26, 2001. He was placed on three (3) years probation and restitution as outlined in the Plea Agreement. He was not sentenced to community service and he was not ordered to pay a fine. Davis Bethel pled guilty to a misdemeanor and was sentenced by the Honorable Judge Wilkie D. Ferguson on January 26, 2001 to two (2) years probation, 400 hours of community service, restitution and a fine of One Thousand ($1,000.00) Dollars.

6. Emad has pled guilty in this case and has accepted full responsibility for his conduct. (See attached Statement of Emad Hasan)

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided to Robin Rosenbaum, c/o the Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida, and to Liza Llamos c/o Pretrial Services, 299 E. Broward Boulevard, Suite 301, Fort Lauderdale, Florida, this 14th day of February, 2001.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125
Florida Bar No. 302661

2



December 28, 2000

Emad Hasan
661 SW 75th Terrace
Plantation, FL  33317

Dear Emad:

CONGRATULATIONS for having earned the distinction of being named to the Dean's List for the Fall 2000 Quarter. As you know, the Dean's List is designed to recognize outstanding students who have earned a minimum grade point average of 3.7 on a quarterly basis.

As we begin this New Year, may one of your professional goals be to attain the Dean's List again; this time for the Winter Quarter. This academic achievement is a worthy goal and is a great asset when presenting your academic qualifications to future employers.

Once again, congratulations on behalf of both the faculty and administration. If I can ever be of help to you, please be sure to let me know.

Cordially,

Robert J. Laquerre, M.Ed.
Dean of Technical Education

Exhibits

New England Institute of Technology at Palm Beach, Inc.
2410 Metrocentre Boulevard ■ West Palm Beach ■ Florida 33407
561.842.8324 ■ Toll-Free: 800.826.9986 ■ Fax: 561.842.9503 ■ Email: info@newenglandtech.com ■ www.newenglandtech.com

12 of February, 2001

To who this may concern:

I am writing this letter to confirm that my student, Emad Hasan, is one of my more admirable students. He is punctual and attentive to each of my lessons. I am continually impressed with his enthusiasm and courtesy towards other students. He is always eager to learn and eager to help.

If you should need to contact me directly, you may reach me at home at (561) 832-1203. Thank you for your attention.

Sincerely,

Derek Prospero
Web Instructor at New England Tech

To Whom It May Concern:

For the past two weeks I have had the privilege of being Emad's instructor for WEB310 at New England Technical Institute. During this term, Emad has maintained an A average and has had perfect attendance.

Andrew Riley
Instructor, New England Technical Institute

Monday, February 12, 2001

To whom it may concern,

My name is George L. Wassung. I am the Webmaster Department Chair at New England Institute of Technology.

Emad, is a previous student of mine and a continuing student in the Webmaster program. He received a scholarship to attend New England Tech in July of 2000. Currently his GPA is 3.65.

Emad is a very bright young man. I taught his first quarter here at N E T. I enjoyed having him as a student, and was very impressed with his creativity.

I believe that with "experience" and "maturity" Emad will do exceptionally well. After completing his education here at N E T he will be more than able to secure a position in the Webmaster field. With his potential, he should be an asset to any company who is fortunate enough to employ him.

Should you have need of further detailed reference or information please contact me.

Sincerely,

George L. Wassung
Department Chair
Webmaster/Programming
New England Tech.
561.842.8324, ext. 954
e-mail; gwassung@newenglandtech.com

New England Institute of Technology
Report Card

Emad Hasan
661 SW 75th Terrace
Plantation, FL  33317

Emad Hasan
Program: Webmaster   Status: Active
TERM -- From 07/05/2000 To 09/15/2000

| Course Code | Description | Ltr Grd | Clock Hours | Cred Att |
|---|---|---|---|---|
| CPR116 | Intro to Programming | B | 80.00 | 6.00 |
| CNT115 | Windows 95/98 | A | 80.00 | 5.00 |
| MTH110 | Technical Mathematics | A | 40.00 | 4.00 |

TERM G.P.A.     : 3.60        TERM CREDITS SCHED :  15.00
                              TERM CREDITS EARNED:  15.00
CUM GPA         : 3.60        CUM CREDITS EARNED :  15.00

*0-6361-2099*

ATTenTion — Suzan Pearce
Desk - 143

Emad Hasan
661 SW 75th Terrace
Plantation, FL  33317

Emad Hasan
Program: Webmaster   Status: Active
TERM -- From 10/02/2000 To 12/15/2000

| Course Code | Description | Ltr Grd | Clock Hours | Cred Att |
|---|---|---|---|---|
| WEB200 | Internet & Web Authoring | A- | 200.00 | 15.00 |

TERM G.P.A.   : 3.70        TERM CREDITS SCHED :  15.00
                            TERM CREDITS EARNED:  15.00
CUM GPA       : 3.65        CUM CREDITS EARNED :  30.00

Dean's List

## The Islamic Center of South Florida
507 NE 6th Street
Pompano Beach, FL 33060

Friday Feb 9th, 2001

To whom it may concern,

This is to testify that Mr. Imad Thabet Hasan is, and has been, an active member of our Center. He, as well as his parents, is a valuable asset to our congregation. They have been very cooperative and supporting to our cause.

I personally have known Mr. Hasan since I joined the congregation in 1989. I knew him as a student at our weekend school as well as a member of our youth group. He is a cheerful, kind, helpful and hard working young man with a pleasant character and a positive attitude.

I would highly recommend him for any job he pursues and wish him success in his professional life.

If you have further questions regarding this matter, please don't hesitate to contact me at the above mentioned phone number.

Thank you

*H. Sabri*

Hasan Sabri, Imam
The Islamic Center of S. Florida

الشيخ الحسن صبري
إمام مسجد بومبانو بيتش

**ISLAMIC CENTER OF SOUTH FLORIDA**
**507 N.E. 6th Street**
**Pompano Beach,   Florida 33060**



## THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA

**SOUTH PLANTATION HIGH SCHOOL**
Joel D. Herbst, Principal
1300 Paladin Way
Plantation, Florida 33317
954-797-4600
954-797-4521 FAX

**SCHOOL BOARD**

*Chairperson* DARLA L. CARTER
*Vice Chairperson* DIANA WASSERMAN-RUBIN
CAROLE L. ANDREWS
JUDIE S. BUDNICK
PAUL D. EICHNER, ESQ.
STEPHANIE ARMA KRAFT, ESQ.
MIRIAM M. OLIPHANT
DR. ROBERT D. PARKS
LOIS WEXLER

JASON LEAR
*Student Advisor*

DR. FRANK TILL
*Superintendent of Schools*

February 9, 2001

To Whom It May Concern:

Emad Hasan was a student at South Plantation High School during the 1999/2000 school year. He graduated on time with a regular diploma. During his tenure at South Plantation, Emad was always very respectful to the faculty and students alike. I worked with Emad on a few occasions and always found him to be a fine young man. At South Plantation Emad was never a discipline problem. If I can be of any further assistance, please call me at 797-4608.

Thank You,

John Murphy
Guidance Director



# Tuition Scholarship Award

On this 22nd day of June, 2000, in recognition of successful completion of NET Camp the faculty and staff and board of directors extend their congratulations to

## Emad Hasan

who is hereby awarded this Tuition Scholarship Award by

New England Institute of Technology at Palm Beach, Inc. valued up to $3,000.00

Charles Halliday, President

Robert Laquerre, Dean of Technical Education

The following terms and conditions apply: Tuition Scholarship Award is applicable to Specialized Associate Degree programs only that begin July 5, 2000. Tuition Scholarship is non-transferable and will be applied to student's account at the rate of $500 for each successfully completed quarter.

## STATEMENT OF EMAD HASAN

In April, 2000 I got involved with counterfeit money with some others. It was stupid. I shouldn't have done it. I should have known better. I am truly sorry for what I did. I apologize to the Court, to the Secret Service and especially to my parents. I know I have hurt and embarrassed them. I won't do it again. I accept full responsibility for my conduct and blame no one else.

———————————————
EMAD HASAN
Defendant
