**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6369-CR-WPD    DATE: February 15, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Tracey Webb    INTERPRETER: _____

UNITED STATES OF AMERICA vs. Emad Hasan

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Christopher Grillo

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
3 years probation, 50 hours (per year) community service, $530.00 Restitution to be paid over period of probation, $25.00 assessment due immediately.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft. Informed of Rgnt to Appeal.