UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.  00-6369CR-WPD

    Plaintiff,                                           MAGISTRATE : SELTZER

v.

EMAD HASAN,

    Defendant.
_____/

## MOTION FOR EARLY TERMINATION
## OF PROBATION

    COMES NOW the Defendant, EMAD HASAN, by and through his Undersigned Counsel, and respectfully requests this Honorable Court to terminate his probation, and as grounds for this motion would state:

    1. On February 15, 2001, the Defendant, Emad Hasan, having pled guilty to one (1) count of Counterfeiting; a misdemeanor violation of 18 U.S.C. § 491(a), was sentenced as follows:

    a) Three (3) years probation;

    b) Fifty (50) hours per year of community service;

    c) Restitution in the amount of Five Hundred and Twenty ($520.00) Dollars;

    d) Random drug testing

    2. Since the sentencing date the Defendant has performed One Hundred and Fifty (150) hours of community service; has paid restitution in full, and has not had any



positive urine tests.

3. The Defendant has had no problems while on probation as indicated by U.S.P.O. Ronald Manganiello. Mr. Manganiello has indicated that office policy prohibits him from advocating a position on this motion, but the Defendant is currently in full compliance with the conditions of his probation.

4. The Defendant has completed his course work at New England Tech earning straight A's in computer programing and related fields. (See Certificate and Report cards attached as Exhibit A) The Defendant also remained on the Dean's List for several months standing. (See Letters attached hereto as Exhibit B)

5. The Defendant is in the process of purchasing a business in Fort Pierce, which is a combined Mobil gas station and Subway sandwich shop. The Defendant has also attended and successfully completed the Subway franchise school. (See Certificate attached hereto as Exhibit C)

6. The Defendant is presently residing in Port St. Lucie. He has plans to marry on September 1, 2002. He would like to be able to travel out of the country for his honeymoon.

7. Assistant United States Attorney Robin Rosenbaum has no objection to this motion.

WHEREFORE, the Defendant requests his probation be terminated to as to allow him to go on his honeymoon and begin his new life after he returns.

I HEREBY CERTIFY that a copy of the foregoing Motion for Early Termination

of Probation has been provided to Robin Rosenbaum, c/o the Office of the United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida, and to Ronald Manganiello, U.S. Federal Probation, 505 S. 2nd Street, Suite 320, Fort Lauderdale, Florida, 34950, Facsimile (772) 460-6806, this 5th day of August, 2002.

                                        Respectfully submitted,

                                        _____
                                        CHRISTOPHER A. GRILLO, P.A.
                                        Counsel for Accused
                                        1 East Broward Boulevard, #700
                                        Fort Lauderdale, FL 33301
                                        (954) 524-1125
                                        Florida Bar No. 302661