UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6369-CR-DIMITROULEAS

    Plaintiff,

vs.

FILED by _____ D.C.

AUG 0 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

EMAD HASAN,

    Defendant.
_____/

## ORDER DEFERRING RULING ON MOTION TO TERMINATE REMAINDER OF PROBATION

THIS CAUSE having come before this Honorable Court on Defendant's Motion for Early Termination of Probation, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2002.

                              WILLIAM P. DIMITROULEAS
                              United States District Judge

Copies furnished to:

Robin Rosenbaum, AUSA

Christopher A. Grillo, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Ronald Manganiella, U.S. Probation Office

Defendant (through counsel)

