UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6369-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EMAD HASAN, | ) |
| | ) |
|         Defendant. | ) |

### GOVERNMENT'S RESPONSE TO COURT'S ORDER

The United States of America, by and through undersigned counsel, hereby files its response to the Court's Order Deferring Ruling on Defendant's Motion to Terminate Remainder of Probation and states that it has no objection to the motion.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: ROBIN S. ROSENBAUM
ASSISTANT U.S. ATTORNEY
Florida Bar No. 908223
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was sent this 8th day of August, 2002, by first-class United States mail, postage prepaid, to Chris Grillo, Esq., One East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

_____
Robin S. Rosenbaum
Assistant U.S. Attorney