UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6369-CR-DIMITROULEAS

    Plaintiff,

vs.

EMAD HASAN,

    Defendant.
_____/



FILED by _____ D.C.

AUG 09 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before this Honorable Court on Defendant's Motion for Early Termination of Probation [DE-33], and the Court having received an August 8, 2002 Response from the Government, it is hereby

ORDERED AND ADJUDGED that the Motion is Granted. Probation is terminated.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9 day of August, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robin Rosenbaum, AUSA

Christopher A. Grillo, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

Ronald Manganiella, US Probation Office

Defendant (through counsel)

